UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF JIMMIE MARTELL SANDERS
*by Special Administrator Diann Cannady*,

      Plaintiff,

v.

JAY STEINKE,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 20-cv-1164-pp

---

☐    **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑    **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

      **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint is **DISMISSED**.

      **THE COURT ORDERS** that this case is **DISMISSED WITH PREJUDICE**.

      Approved and dated in Milwaukee, Wisconsin this 30th day of September, 2025.

                         **BY THE COURT:**

                         _____
                         **HON. PAMELA PEPPER**
                         **Chief United States District Judge**

                         LINDA M. KLEMM
                         Clerk of Court

                         s/ *Cary Biskupic*_____
                         (by) Deputy Clerk